ACCEPTED
06-15-00120-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
8/18/2015 1:37:14 PM
DEBBIE AUTREY
CLERK

# NO. 06-15-00120-CR

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
8/18/2015 1:37:14 PM
DEBBIE AUTREY
Clerk

## IN THE
## THE SIXTH COURT OF APPEALS
## FOR THE STATE OF TEXAS

# PATRICK STEWART

**Appellant**

**V.**

# STATE OF TEXAS

**Appellee**

APPEAL FROM THE 87TH JUDICIAL DISTRICT COURT
OF FREESTONE COUNTY, TEXAS
TRIAL COURT CAUSE NUMBER 14-153-CR

## APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

LAW OFFICE OF STAN SCHWIEGER
600 Austin Avenue, Suite 12
P.O. Box 975
Waco, Texas   76703-0975
(254) 752-5678
(254) 752-7792—Facsimile
E-mail: wacocrimatty@yahoo.com
State Bar No. 17880500

**PATRICK STEWART,** Appellant, moves for an extension of THIRTY (30) days in which to file Appellant's Brief:

## I.

On May 19, 2015, Appellant was convicted of the offense of Burglary of a building in the 87th District Court, in cause number 14-153-CR. After being found guilty, Appellant was sentenced to two (2) years in the State Jail Division of the Texas Department of Criminal Justice.

## II.
## REQUIRED INFORMATION PURSUANT TO THE RULES OF APPELLATE PROCEDURE

A.    ***The deadline for filing the extension***:[1] August 19, 2015.

B.    ***The length of the extension sought***:[2] THIRTY (30) days.

C.    ***The facts relied upon to reasonably explain the need for the extension***:[3]

Appellant's attorney is a sole practitioner engaged in the practice of criminal law. Said attorney has a heavy caseload and has been engaged in other criminal matters, including jury trials, preparation of other appeals, and other case related matters. Counsel will have tried two child sexual assault trials during the pendancy of this matter.

---

[1]    TEX. R. APP. P. 10.5(b)(1)(A).

[2]    TEX. R. APP. P. 10.5(b)(1)(B).

[3]    TEX. R. APP. P. 10.5(b)(1)(C).

D. ***Number of previous extensions granted for previous Motions for Extension***:[4] None.

### III.

The additional time requested is not sought solely for delay, nor sought frivolously, but will be of genuine assistance to Appellant's attorney in preparing Appellant's brief.

## REQUEST FOR RELIEF

Appellant prays that the Court grant this Motion and extend the deadline for filing Appellant's brief to September 18, 2015. In the alternative, Appellant requests that this Court grant such additional time as is just and proper.

Respectfully submitted,

**LAW OFFICE OF STAN SCHWIEGER**


*/s/ Stan Schwieger*
Stan Schwieger
600 Austin Avenue, Suite 12
P.O. Box 975
Waco, Texas 76703-0975
(254) 752-5678
(254) 752-7792—Facsimile
E-mail: wacocrimatty@yahoo.com
State Bar No. 17880500
**ATTORNEY FOR APPELLANT**

---

[4] TEX. R. APP. P. 10.5(b)(1)(D).

# CERTIFICATE OF SERVICE

A copy of this Motion was delivered to the Freestone County District Attorney's Office, Chris Martin at chris.martin@co.freestone.tx.us on August 18, 2015 by this Court's electronic filing service.

/s/ Stan Schwieger
Stan Schwieger